**MICHAEL N. DURANTE, P.C.**
*Attorney at Law*
*58 Hilton Avenue*
*Hempstead, New York 11550*
*(516)292-2909*
*Fax # (516)292-4239*
[DurantePC@aol.com](mailto:DurantePC@aol.com)

*Michael N. Durante*                                                                                       *Joseph J. Perrini, III*
                                                                                                                        *Of Counsel*

*Rowena L. Croker*

United States Bankruptcy Court
Honorable Judge Elizabeth E. Stong
271 Cadman Plaza, East
Brooklyn, New York 11201

### Re: LIBORIO MUNOZ-09-40076

Dear Honorable Judge Stong:

      Please be advised that the debtor has indicated to us that he has no objection to the dismissal of his Bankruptcy case.

      Do not hesitate to call if you have any questions. Thank you.

Very truly yours,
_____/s/_____
Rowena L. Croker, Esq.

c.c. Chapter 13 Trustee
United States Trustee